STATE OF NEW JERSEY v. RODERICK DIGGS.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT HOLMES.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE QUEEN.

April 26, 1988.

Petition for certification denied. (See 221 *N.J.Super.* 601)

STATE OF NEW JERSEY v. MANUEL GARCIA.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. LOVE.

April 26, 1988.

Petition for certification denied.